IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABRAHAM (JUNIOR) CRUZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| SUPERIOR COURT OF PENNSYLVANIA, DIRECTOR, BAILIFFS, COURT JUDGES OF FAVORABLE DECISIONS 1999 & 2002-3, *and* HONORABLE JUDGE DAVID RONALD CAHSMAN, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

2:22-CV-01215-CCW-LPL

## **MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On August 30, 2022, the Magistrate Judge issued a Report, ECF No. 5, recommending that Plaintiff's Motion for Leave to Proceed *in forma pauperis*, ECF No. 1, be denied. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that Plaintiff's Motion for Leave to Proceed *in forma pauperis*, ECF No. 1, is DENIED, and the Magistrate Judge's Report and Recommendation, ECF No. 5, is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

DATED this 22nd day of September, 2022.

BY THE COURT:

2

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record;

cc (via United States Mail):

Abraham (Junior) Cruz, pro se
NY-2555
SCI Phoenix
1200 Mokychic Drive
Collegeville, PA 19426